**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  | CIVIL ACTION NOS. |
|---|---|---|
|  | : |  |
| BHAERMAN, et al. | : | 02-4508 |
| O'DELL | : | 02-4542 |
| ANSARI | : | 02-4810 |
| BAUER, et al. | : | 02-4904 |
| BARNES, et al. | : | 02-4922 |
| ARNOLD-SCHALL, et al. | : | 02-4946 |
| GAGE, et al. | : | 2-4993 |
| COPPOLA | : | 02-5066 |
| COTHRAN | : | 02-5075 |
| HARTMAN, et al. | : | 02-5118 |
| HEINTZ, et al. | : | 02-5170 |
| YOUNG | : | 02-5207 |
| MOORE, et al. | : | 02-5282 |
| WHITLATCH, et al. | : | 02-5286 |
| WALLACE, et al. | : | 02-5364 |
| SHERIDON | : | 02-5419 |
| SANTOS, et al. | : | 02-5457 |
| STREHL, SR., et al. | : | 02-5487 |
| HALL, et al. | : | 02-5576 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

  **AND NOW,** this    day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

   [  ]   -   Order staying these proceedings pending disposition of a related action.

   [  ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[      ]      -      Interlocutory appeal filed.

[   X   ]      -      Other: <u>Case is placed into suspense pending receipt of the Case</u>
<u>Transfer Order from the Judicial Panel on Multi District Litigation</u>
<u>transferring case to District of Minnesota.</u>.

It is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and
place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be
restored to the trial docket when the action is in a status so that it may proceed to final
disposition; this order shall not prejudice the rights of the parties to this litigation.

                        **BY THE COURT:**

                        _____

                        **James McGirr Kelly, Judge**